MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-04-24 LKK |
| Plaintiff, | ) | |
| v. | ) | MOTION AND ORDER TO DISMISS |
| HOVANNES SHISHIYAN, et al. | ) | |
| Defendants. | ) | |

The United States requests leave of court to dismiss the charges against Defendant Shishiyan.  Fed. R. Crim. P. 48(a). After consultation with the assigned case agent, the undersigned has concluded that the evidence would probably be insufficient to obtain and sustain a conviction.  See U.S.A.M. 9-27.220. Shishiyan never appeared in this case.

Respectfully Submitted,
McGREGOR W. SCOTT
United States Attorney

DATED:  October 15, 2007      By:   /s/ Matt Segal
                                     MATTHEW D. SEGAL
                                     Assistant U.S. Attorney

**SO ORDERED.**

DATED: October 15,2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT