MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR S-04-24 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION AND ORDER |
| | ) | TO WITHDRAW ARREST WARRANT |
| HOVANNES SHISHIYAN, et al. | ) | |
| Defendants. | ) | |

In light of the dismissal order entered today, the United States requests that the arrest warrant for Hovannes Shishiyan be ordered withdrawn.

                                         Respectfully Submitted,
                                         McGREGOR W. SCOTT
                                         United States Attorney

DATED: October 18, 2007    By:  /s/ Matt Segal
                                         MATTHEW D. SEGAL
                                         Assistant U.S. Attorney

**SO ORDERED.**

DATED: October 18, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT